United States District Court
Southern District of Texas
**ENTERED**
July 07, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ANDREWS, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-03896 |
| | § | |
| SINOBOOM NORTH AMERICA, LLC, | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On May 27, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Richard W. Bennett under 28 U.S.C. § 636(b)(1). (Dkt. 8). Judge Bennett filed a *Memorandum and Recommendation* on June 15, 2026, recommending that this matter be dismissed for failure to state a claim. (Dkt. 9).

No objections have been filed to the *Memorandum and Recommendation*. Accordingly, the Court reviews the *Memorandum and Recommendation* for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1)  Judge Bennett's *Memorandum and Recommendation* (Dkt. 9) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2)  Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**. This is a final judgment.

SIGNED at Houston, Texas on July 7, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE