United States District Court
Southern District of Texas
**ENTERED**
October 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ANDREWS, Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-03896 |
| | § | |
| SINOBOOM NORTH AMERICA, LLC, Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On May 27, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Richard W. Bennett under 28 U.S.C. § 636(b)(1). (Dkt. 8). Judge Bennett filed a *Memorandum and Recommendation* on October 9, 2026, recommending that the District Court certify that Plaintiff's appeal is not taken in good faith and deny Plaintiff's Motion for Leave to Appeal *in forma pauperis* (Dkt. 19). (Dkt. 20).

No objections have been filed to the *Memorandum and Recommendation*. Accordingly, the Court reviews the *Memorandum and Recommendation* for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3). Plaintiff did file a letter regarding the denial of *in forma pauperis* which the Court considered as part of the record. (Dkt. 21).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Bennett's *Memorandum and Recommendation* (Dkt. 20) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff's Motion for Leave to Appeal *in forma pauperis* (Dkt. 19) is **DENIED**.

It is so **ORDERED**.

SIGNED at Houston, Texas on October 28, 2026.

George C. Hanks Jr.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE